M. P. No. 79-216. D & F ENTERPRISES, INC. *d/b/a Gemini Hotel v.* LOUIS H. PASTORE, JR., *Liquor Control*

*Administrator.* The petition for writ of certiorari is denied. *Ralph J. Gonnella, Ltd., Ralph J. Gonnella,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Maureen E. McKenna,* Special Assistant Attorney General, for respondent.